UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDEEP SINGH,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et. al.,

Respondents.

No.  1:26-cv-01909-DJC-DMC-HC

ORDER

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Respondents' motion to dismiss, ECF No. 5. The District Judge declined to decide the merits of the petition, finding "Petitioner may not be entitled to relief as required by 8 U.S.C. § 2243 as he has not exhausted his available administrative remedies." ECF No. 6. Accordingly, Petitioner will be directed to file a reply/traverse within seven days of the date of this order, specifically addressing exhaustion, whether Petitioner has requested a bond hearing, and the factual discrepancies identified by Respondents, ECF No. 5, pgs. 3-4.

IT IS SO ORDERED.

Dated:  March 24, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1