UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDEEP SINGH, A208-093-498, Petitioner, v. CHRISTOPHER CHESTNUT, et al., Respondents. | No. 1:26-cv-01909-DJC-ICD (HC) ORDER |

Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by Immigration and Customs Enforcement (ICE). ECF No. 1. Respondents filed a joint return and motion to dismiss, confirming Petitioner was being detained under 8 U.S.C. § 1226(a) and arguing primarily that Petitioner failed to exhaust his administrative remedies. ECF No. 5. Petitioner filed a status report. ECF No. 8.

In his status report filed on April 2, 2026, Petitioner indicates that on March 24, 2026, he appeared before an immigration judge for a bond hearing and that his request was denied. ECF No. 8 at 2. This appears to obviate any "failure to exhaust" arguments.

In any event, the court takes judicial notice of the ICE's “Online Detainee Locator System” webpage, available at https://locator.ice.gov/ (last visited Sep. 16, 2026). This website indicates that Petitioner no longer remains in immigration detention.

Petitioner is directed to inform the Court of his custody status and address whether the petition is now moot. If it is not moot, Petitioner must address whether he is subject to a final order of removal. Respondents will have an opportunity to reply.

Accordingly, it is HEREBY ORDERED that:

1. Petitioner shall inform the Court within 10 (ten) days of his custody status, address whether the petition is now moot;

2. Petitioner is warned that failure to respond to this order within the time specified may result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order. See E.D. Cal. L.R. 110.

3. Respondents shall have 5 (five) days from Petitioner's filing to file a reply.

Dated: September 17, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE