**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDEEP SINGH,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et. al.,<br>Respondents. | No. 1:26-cv-1909-DJC-ICD-HC<br><br>ORDER |

Counseled Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On September 30, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 30, 2026, ECF No. 13, are adopted in full.

2. This action is dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders.

3. Respondents' motion to dismiss, ECF No. 5, is denied as moot.

////

////

4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE